No. 82–2006.   VELIOTIS *v.* UNITED STATES; and

No. 82–2015.   DAVIS ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Motion of the Solicitor General to expedite consideration of the petitions for writs of certiorari granted.   Certiorari denied.   Reported below: 702 F. 2d 418.

No. 82–2011.   MARC RICH & CO. A.G. *v.* UNITED STATES. C. A. 2d Cir.   Motion of the Solicitor General to expedite consideration of the petition for writ of certiorari granted. Certiorari denied.

No. 81–1536.   COMMISSIONER OF INTERNAL REVENUE *v.* TUFTS ET AL., 461 U. S. 300; and

No. 82–6439.   REITER *v.* HUFFMAN, SHERIFF, 461 U. S. 934.   Petitions for rehearing denied.

No. 81–2124.   BOSTON ASSOCIATION OF SCHOOL ADMINISTRATORS & SUPERVISORS, AFL–CIO *v.* MORGAN ET AL., 459 U. S. 827.   Motion for leave to file petition for rehearing denied.

No. 81–2306.   LOCAL 66, BOSTON TEACHERS UNION, AFT, AFL–CIO *v.* BOSTON SCHOOL COMMITTEE ET AL., 459 U. S. 881 and 1059.   Motion for leave to file second petition for rehearing denied.

JUNE 29, 1983

No. A–1033.   SELECTIVE SERVICE SYSTEM ET AL. *v.* DOE ET AL.   Application for stay of the order of the United States District Court for the District of Minnesota entered on June 16, 1983, case Nos. 3–82 Civ. 1670 and 3–83 Civ. 100, presented to JUSTICE BLACKMUN, and by him referred to the Court, granted pending the timely docketing and final disposition of the appeal in this Court.